OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

1/6/2015

UNITED STATES POSTAGE
PITNEY BOWES

02 1R        $ 00.26⁵
0002003152   JAN 15 2015
MAILED FROM ZIP CODE 78701

CONNER, EARL GLENN          Tr. Ct. No. 542471-A          WR-9,608-05

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

*Parole*

EARL GLENN CONNER
ELLIS I UNIT - TDC #540034
1697 FM 980
HUNTSVILLE, TX 77343          U TF

AVRS3B  77343